QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

L'ABBATE BALKAN COLAVITA & CONTINI, L.L.P.
1001 Franklin Avenue
Garden City, NY 11530
Tel.: (516) 294-8844
Fax: (516) 294-8202
*Co-Counsel to Robinson Brog Leinwand Greene
Genovese & Gluck, P.C., A. Mitchell Greene, and
Adam Greene*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
ORION HEALTHCORP, INC.                                      :    Case No. 18-71748 (AST)
CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.                 :    Case No. 18-71749 (AST)
NEMS ACQUISITION, LLC                                       :    Case No. 18-71750 (AST)
NORTHEAST MEDICAL SOLUTIONS, LLC                            :    Case No. 18-71751 (AST)
NEMS WEST VIRGINIA, LLC                                     :    Case No. 18-71752 (AST)
PHYSICIANS PRACTICE PLUS, LLC                               :    Case No. 18-71753 (AST)
PHYSICIANS PRACTICE PLUS HOLDINGS, LLC                      :    Case No. 18-71754 (AST)
MEDICAL BILLING SERVICES, INC.                              :    Case No. 18-71755 (AST)
RAND MEDICAL BILLING, INC.                                  :    Case No. 18-71756 (AST)
RMI PHYSICIAN SERVICES CORPORATION                          :    Case No. 18-71757 (AST)
WESTERN SKIES PRACTICE MANAGEMENT, INC.                     :    Case No. 18-71758 (AST)
INTEGRATED PHYSICIAN SOLUTIONS, INC.                        :    Case No. 18-71759 (AST)
NYNM ACQUISITION, LLC                                       :    Case No. 18-71760 (AST)
NORTHSTAR FHA, LLC                                          :    Case No. 18-71761 (AST)
NORTHSTAR FIRST HEALTH, LLC                                 :    Case No. 18-71762 (AST)
VACHETTE BUSINESS SERVICES, LTD.                            :    Case No. 18-71763 (AST)
MDRX MEDICAL BILLING, LLC                                   :    Case No. 18-71764 (AST)
VEGA MEDICAL PROFESSIONALS, LLC                             :    Case No. 18-71765 (AST)
ALLEGIANCE CONSULTING ASSOCIATES, LLC                       :    Case No. 18-71766 (AST)
ALLEGIANCE BILLING & CONSULTING, LLC                        :    Case No. 18-71767 (AST)
PHOENIX HEALTH, LLC                                         :    Case No. 18-71789 (AST)
NEW YORK NETWORK MANAGEMENT, LLC                            :    Case No. 18-74545 (AST)
                                                            :
                    Debtors.                                :    (Jointly Administered)
------------------------------------------------------------x

```
-----------------------------------------------------------------x
ORION HEALTHCORP, INC., et al.,

                              Plaintiffs,
                                                            Adv. Pro. No. 18-08104 (AST)
       v.

ROBINSON BROG LEINWAND GREENE GENOVESE
& GLUCK, P.C., A. MITCHELL GREENE, AND ADAM
GREENE,

                              Defendants.
-----------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF MOTION TO DISMISS THE COMPLAINT AND OBJECTION TO PROOFS OF CLAIM FILED BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C., <u>A. MITCHELL GREENE, AND ADAM GREENE</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Marian C. Rice dated September 20, 2018, and the Exhibits annexed thereto, and the Memorandum of Law dated September 20, 2018 in support of the Motion to Dismiss the Complaint and Objections to Proofs of Claim filed by Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene (collectively "<u>Robinson Brog</u>"), brought pursuant to section 105(a) of the Bankruptcy Code and Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure as incorporated by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure (the "<u>Motion</u>"), the order attached hereto as **Exhibit A** shall be presented to the Honorable Alan S. Trust, United States Bankruptcy Judge, on **October 11, 2018, 12:00 p.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that, any objections to the Motion shall be due fourteen (14) days after the date of filing of the motion plus any extension of time pursuant to Bankruptcy Rule 9006 of E.D.N.Y. (BR 9006-1).

**PLEASE TAKE FURTHER NOTICE that if an objection is timely filed to the relief requested, or it the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by Robinson Brog**

Dated: Garden City, New York
September 20, 2018

_____
Marian C. Rice
James D. Spithogiannis
L'ABBATE, BALKAN,
 COLAVITA & CONTINI, L.L.P.
1001 Franklin Avenue
Garden City, NY 11530
Tel.: (516) 294-8844
Fax: (516) 294-8202

Alex Spiro
Lindsay Weber
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Co- Counsel to Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          :      Chapter 11
                                                                :
Orion HealthCorp, Inc.                                          :      Case No. 18-71748 (AST)
Constellation Healthcare Technologies, Inc.                     :      Case No. 18-71749 (AST)
NEMS Acquisition, LLC                                           :      Case No. 18-71750 (AST)
Northeast Medical Solutions, LLC                                :      Case No. 18-71751 (AST)
NEMS West Virginia, LLC                                         :      Case No. 18-71752 (AST)
Physicians Practice Plus, LLC                                   :      Case No. 18-71753 (AST)
Physicians Practice Plus Holdings, LLC                          :      Case No. 18-71754 (AST)
Medical Billing Services, Inc.                                  :      Case No. 18-71755 (AST)
Rand Medical Billing, Inc.                                      :      Case No. 18-71756 (AST)
RMI Physician Services Corporation                              :      Case No. 18-71757 (AST)
Western Skies Practice Management, Inc.                         :      Case No. 18-71758 (AST)
Integrated Physician Solutions, Inc.                            :      Case No. 18-71759 (AST)
NYNM Acquisition, LLC                                           :      Case No. 18-71760 (AST)
Northstar FHA, LLC                                              :      Case No. 18-71761 (AST)
Northstar First Health, LLC                                     :      Case No. 18-71762 (AST)
Vachette Business Services, Ltd.                                :      Case No. 18-71763 (AST)
MDRX Medical Billing, LLC                                       :      Case No. 18-71764 (AST)
Vega Medical Professionals, LLC                                 :      Case No. 18-71765 (AST)
Allegiance Consulting Associates, LLC                           :      Case No. 18-71766 (AST)
Allegiance Billing & Consulting, LLC                            :      Case No. 18-71767 (AST)
Phoenix Health, LLC                                             :      Case No. 18-71789 (AST)
New York Network Management, LLC                                :      Case No. 18-74545 (AST)
                                                                :
                Debtors.                                        :      (Jointly Administered)
-----------------------------------------------------------------x
ORION HEALTHCORP, INC., et al.,

                Plaintiffs,

        v.                                                             Adv. Pro. No. 18-08104 (AST)

ROBINSON BROG LEINWAND GREENE GENOVESE
& GLUCK, P.C., A. MITCHELL GREENE, AND ADAM
GREENE,

                Defendants.
-----------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING MOTION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C., A. MITCHELL GREENE, AND ADAM GREENE TO DISMISS THE COMPLAINT

Upon consideration of the Motion of Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene to Dismiss the Complaint (the "Motion"), filed pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure; and it appearing that no other notice is necessary at this time; and after due deliberation and sufficient cause appearing therefore; it is hereby:

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that the Complaint [Dkt. 1] is dismissed, with prejudice, as to Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene.

_____
Bankruptcy Judge Alan S. Trust