

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

THOMAS R. CALIFANO
thomas.califano@dlapiper.com
T   212.335.4990
F   212.884.8690

November 6, 2018

**VIA CM/ECF**

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

Re:   *In re Orion HealthCorp, Inc., et al. v. Robinson Brog Leinwand Greene Genovese & Gluck, P.C., et al.*  (Adv. Case No. 18-08104-AST) – Notice of Hearing on Motion to Dismiss Filed by Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene [D.I. 5]

Dear Judge Trust:

On behalf of the debtors and debtors-in-possession in the above-captioned adversary proceeding (the "Plaintiffs"), we write to confirm and provide notice that a hearing on the *Motion to Dismiss the Complaint and Objection to Proofs of Claim Filed by Robinson Brog Leinwand Greene Genovese & Gluck P.C., A. Mitchell Greene, and Adam Greene* [D.I. 5] (the "Motion to Dismiss") has been scheduled on **Wednesday, December 19, 2018 at 2:00 p.m. (EST)** and will be held at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722.

The Plaintiffs will cause this notice to be served on: (i) counsel to Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene, and Adam Greene; (ii) the Office of the United States Trustee for the Eastern District of New York; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) counsel to Bank of America, N.A.; (v) counsel to BMO Harris Bank, N.A.; (vi) counsel to Keybank National Association; (vii) counsel to Stifel Bank & Trust; (viii) counsel to Woodforest National Bank; and (ix) any party that requested service in the above-captioned adversary proceeding.



The Honorable Alan S. Trust
November 6, 2018
Page Two


      A copy of the Motion to Dismiss as well as copies of all other pleadings filed in the above-captioned adversary proceeding may be obtained from (i) the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov); and (ii) at no cost on the following website maintained by the Plaintiffs: http://dm.epiq11.com/orionhealthcorp.

      Respectfully submitted,

      **DLA Piper LLP (US)**

      /s/  *Thomas R. Califano*
      Thomas R. Califano