

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Thomas R. Califano
thomas.califano@dlapiper.com
T  212.335.4990
F  212.884.8690

January 8, 2019

**VIA CM/ECF**

The Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

Re:   *In re Orion HealthCorp, Inc., et al.* **(Case No. 18-71748-AST)**; *In re Orion HealthCorp, Inc., et al. v. Robinson Brog Leinwand Greene Genovese & Gluck, P.C., et al.* **(Adv. Case No. 18-08104-AST) – Notice of Adjourned Hearing and Status Conference**

Dear Judge Trust:

On behalf of the debtors and debtors in possession (the "Debtors") in the above-referenced chapter 11 case (the "Chapter 11 Case") and the plaintiffs in the above-referenced adversary proceeding (the "Adversary Proceeding"), we write to confirm that the hearing scheduled on the matters set forth below has been adjourned sine die pending a mediation that is scheduled to occur on February 6, 2019:

1.  *Initial Debtors' Objection to Administrative Expense Claim for Post-Petition Costs and Expenses Filed by Robinson Brog Leinwand Greene Genovese & Gluck P.C. (Proof of Claim No. 10072)* [D.I. 499] (the "Objection") filed by certain of the Debtors in the Chapter 11 Case; and

2.  *Notice of Presentment of Motion to Dismiss the Complaint and Objection to Proofs of Claim filed by Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene and Adam Greene*, the *Declaration of Marian C. Rice in Support of Motion to Dismiss Complaint and Objection to Proofs of Claims* and the *Memorandum of Law in Support of Motion to Dismiss Complaint and Objection to Proofs of Claims* [Adv. P. D.I. 7, 9 and 10] filed by Robinson Brog Leinwand Greene Genovese & Gluck, P.C., A. Mitchell Greene and Adam Greene (collectively, "Robinson Brog") in the Adversary Proceeding.

A status conference on the foregoing matters will be held on **February 5, 2019 at 11:00 a.m. (EST)** before the Honorable Alan S. Trust, United States Bankruptcy Judge for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201.



The Honorable Alan S. Trust
January 8, 2019
Page Two

      The Debtors have agreed to extend Robinson Brog's deadline to file a response to the Objection to ten (10) days prior to the hearing on the Objection.  The Debtors' deadline to file a reply in support of the Objection shall be three (3) days prior to the hearing on the Objection.

      The Debtors will serve a copy of this letter on Robinson Brog and all parties who have filed notices of appearance in the Chapter 11 Case and Adversary Proceeding.

Very truly yours,

**DLA Piper LLP (US)**

*/s/ Thomas R. Califano*
Thomas R. Califano

*Counsel to the Debtors and Debtors in Possession*

**AGREED TO**:

**L'Abbate, Balkan, Colavita & Contini, L.L.P.**

 */s/ Marian Rice*
Marian Rice, Esq.

*Counsel to Robinson Brog Leinwand Greene Genovese & Gluck, P.C.,*
*A. Mitchell Greene and Adam Greene*